Filed March 26, 1886.

No. 12,548.

SIMS ET AL. *v.* COOPER ET AL.

LANDLORD AND TENANT.—*Assertion of Ownership by Tenant.—Ejectment.— Notice to Quit.—Demand for Possession.*—A tenant who denies his landlord's title, and asserts ownership of the property, is not entitled to no-

tice to quit, nor to a demand for possession, precedent to the commence-
ment of an action in ejectment.

From the Brown Circuit Court.

*M. D. Emig* and *Z. D. Heller,* for appellants.

*G. W. Cooper,* for appellees.

ELLIOTT, J.—Joseph D. Sidener and William W. Herod
recovered a judgment and a decree of foreclosure against Osy
Sims and Eliza Ann Sims. On this judgment and decree the
real estate was sold by the sheriff to William W. Herod, and
he subsequently obtained a deed. Sometime after he secured
his deed he sold and conveyed the property to the appellees,
who brought this action to recover possession of it and to
quiet title. On the trial, the appellants claimed to be the
owners in fee, basing their claim upon an adverse possession
under a tax deed, and asserting that it had continued for
twenty years. There was no claim by the appellants that
they were in possession as lessees; on the contrary, they de-
nied Herod's title, as well as that of his grantees, the appel-
lees, and asserted that they, the appellants, were in posses-
sion as owners.

In reply to the appellants' evidence of adverse possession,
the appellees introduced in evidence a lease executed to Edith
Sims, one of the appellants, by Herod, in August, 1882. The
facts, of which we have given a synopsis, are all that need be
referred to, as only a single question is presented.

The contention of the appellants' counsel is, that the find-
ing is not supported by the evidence, because it was not
shown that any demand for possession was made. This con-
tention can not prevail. The appellants denied their land-
lord's title and asserted that they were the owners of the
property. They did not claim as lessees but as owners, and,
having denied their landlord's title and asserted a title hos-
tile to his, they were not entitled to notice to quit, nor were
they in a situation to require that a demand should precede

the commencement of the action.  Sedgw. & W. Trial of Title to Land, section 387.

Judgment affirmed.

Filed March 23, 1886.